```
** WORK COPY - NOT FOR MEDICAL RECORD **                    Progress Notes
------------------------------------------------------------------------
NOTE DATED: 03/05/2018 08:37
LOCAL TITLE: INSTITUTIONAL DISCLOSURE OF ADVERSE EVENT
STANDARD TITLE: COMMUNICATION OF ADVERSE EVENT
VISIT: 03/05/2018 08:37 FTW A NOTE-X
```

INSTITUTIONAL DISCLOSURE OF ADVERSE EVENT

Date/Time of Discussion: February 22, 2018 @ 2:30pm

Place of Discussion (Reason for any delay in the disclosure):  Fort Wayne Conference room

Names and identity of those present:
 Martin Heifner- Veteran
 Dr. McBride- Chief of Staff
 Dr. Becker- Podiatrist
 Nicole Gust- HSS to COS

Discussion points of the adverse event:

Mr. Heifner was referred to Dr. Hammersley from another podiatrist for severe pain in the left leg for about 15 days. MRI showed lesion and bruise of soleus leg muscle. Dr. Hammersley documents that the MRI showed well defined mass in medial head of the gastrocnemius and diagnosed the patient with ruptured muscled with neoplasm of uncertain behavior at medial head of gastric. The MRI does not support this diagnosis. Dr. Hammersley ordered the Veteran to wear a boot to allow the muscle to heal. About 2 months later, Dr. Hammersley planned to removed mass and repair of Achilles tendon with human dermal graft. Veteran was sent to a community hospital for the surgery to be performed by Dr. Hammersley on 6-17-14.  The 6-17-14 surgery report documents that Dr. Hammersley focused on the medial gastrocnemius muscle and not the lateral soleus where the mass was located. The surgery report also indicates that Dr. Hammersley used Fiber wire in the muscle which is not the correct suture. Finally, the surgery report suggest that Dr. Hammersley never repaired the Achilles Tendon that he said was ruptured. The pathology from the mass that was removed showed fibroadipose tissue and skeletal muscle with no specific diagnostic abnormality recognized.

He continued to have pain and was seen by Dr. Hammersley on 11-5-14 presenting for a "new injury to lateral left posterior leg". An ultrasound was performed on that date and the patient was diagnosed with a partial tear of the superficial fascia of the left lateral gastrocnemius muscle. The patient was seen twice by Dr. Hammersley between 11/5/14 and the date of surgery 9/25/15 (10 ? months later).  Patient as surgery 9-25-15 for Left Achilles tendon repair with graft. Dr. Hammersley operative narrative does not support Achilles Tendon Repair. He also documents using the incorrect suture type for the procedure.

The timeframe of fixing the Acute Partial tear of the superficial fascia on the left lateral gastrocnemius muscle was passed 21 days after the injury.

o       Lack of or inappropriate diagnostic testing.
o       Studies or imaging did not confirm surgical diagnosis or findings.


Offer of assistance, including arrangements for a second opinion, additional
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
WORK COPY ========= UNOFFICIAL - NOT FOR MEDICAL RECORD =========== DO NOT FILE
HEIFNER,MARTIN LUTHER                                       Printed:03/09/2018 08:53
                    VA NORTHERN INDIANA HEALTHCARE SYSTEM
                        Pt Loc: OUTPATIENT              Ph:(419)263-8023C
========================= CONFIDENTIAL INFORMATION =========================
```

**EXHIBIT 1**

```
--------------------------------------------------------------------------
** WORK COPY - NOT FOR MEDICAL RECORD **                    Progress Notes
--------------------------------------------------------------------------
03/05/2018 08:37      ** CONTINUED FROM PREVIOUS PAGE **
```

monitoring, expediting clinical consultations, bereavement support:

Veteran was offered evaluation and treatment in the podiatry service if needed. The Veteran reports that he has had no negative outcomes other than three numb toes that don't bother him.

Advisement of 1151 claims process and right to file administrative tort claim:  Veteran was informed of his rights to file a 1151 disability claim and/or administrative Tort Claim. Financial Compensation after an injury brochure was provided to the Veteran as well as a blank disability claims application and SF-95 Tort Claims form.

Continued communication regarding the adverse event:
Veteran was given Jana Bakle's contact information to follow up with any additional questions he may have.

Contact information for individual managing the disclosure:
Jana Bakle
260-426-5431 ext 71522

```
                    Signed by: /es/ JANA M BAKLE
                               RISK MANAGER
                               03/05/2018 08:38
```